

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00497-CV

David C. **GOAD**,
Appellant

v.

**THE COUNTY OF GUADALUPE,** Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1923-CV
William Old, Judge Presiding

## O R D E R

     After appellant filed a proper response to our *Verburgt* order, his brief was due December 18, 2014. On December 19, 2014, appellant filed a motion to extend time to file his brief, asking for an additional forty-five days. We **GRANT** appellant's motion. Accordingly, appellant's brief is now due on or before **February 2, 2015**.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court